1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11   JARED ANDREW MARTIN, | Case No.: 1:22-cv-00698 SKO (PC) |
| 12                  Plaintiff, | |
| 13           v. | **ORDER TO SUBMIT APPLICATION TO PROCEED** *IN FORMA PAUPERIS* **BY A PRISONER** |
| 14   DALE J. BLEA, et al., | **30-DAY DEADLINE** |
| 15                  Defendants. | |

16
17          Plaintiff Jared Andrew Martin is proceeding *pro se* in this civil rights action brought

18   pursuant to 42 U.S.C. § 1983.

19          Plaintiff filed his complaint on June 9, 2022. (Doc. 1.) That same date, he filed a one-page

20   handwritten document entitled "Application to Proceed In Forma Pauperis." (Doc. 2.) The

21   document is not accompanied by an inmate trust account statement, and does not provide any

22   information concerning Plaintiff's current trust account balance. (*Id.*)

23          Accordingly, **IT IS HEREBY ORDERED** that:

24          1.   The Clerk of the Court is DIRECTED to serve Plaintiff with a blank Application to

25               Proceed In Forma Pauperis by a Prisoner form; and

26   //

27   //

28

2. Plaintiff SHALL submit a properly completed Application to Proceed In Forma Pauperis by a Prisoner form, accompanied by an official certification[1] and an inmate trust account statement, no later than 30 days following the date of service of this Order.

**Plaintiff is advised that failure to obey this order may result in a recommendation that this action be dismissed for a failure to obey a court order**.

IT IS SO ORDERED.

Dated:   __June 13, 2022__                    ____ /s/ *Sheila K. Oberto* _____
                                               UNITED STATES MAGISTRATE JUDGE

---

[1] At page two, under the signature block, the application reads: "***Certification Below Is To Be Completed By Non-CDCR Incarcerated Prisoners Only***." (*Id*. at 2, emphasis in original.) That section also advises it is "(To be completed by the institution of incarceration)." (*Id*. at 2.)   2