UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DALE J. BLEA, et al.,<br><br>　　　　　　　Defendants. | Case No.: 1:22-cv-00698 AWI SKO (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS PLAINTIFF'S COMPLAINT WITHOUT LEAVE TO AMEND**<br><br>(Doc. 8) |

Plaintiff Jared Andrew Martin, a pretrial detainee, is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 13, 2022, the assigned magistrate judge issued findings and recommendations to dismiss Plaintiff's complaint without leave to amend and to close the case. (Doc. 8.) Plaintiff filed objections on July 20, 2022. (Doc. 11.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

//

//

Accordingly, **IT IS ORDERED** that:

1. The findings and recommendations issued on July 13, 2022 (Doc. 8) are ADOPTED in full;
2. Plaintiff's complaint is DISMISSED (Doc. No. 1) without leave to amend; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   December 2, 2022

SENIOR DISTRICT JUDGE